# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**  Tel: 718-740-1000
Email: abdul@abdulhassan.com  Fax: 718-740-2000
*Employment and Labor Lawyer*  Web: www.abdulhassan.com

October 31, 2025

Via ECF

Hon. Gary Stein, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

**MEMO ENDORSED**

<u>Re: Haxhaj v. A&E Properties II Mgmt, LLC et al</u>
Case #: 25-CV-05423 (DEH)(GS)
**Motion for Extension of Time**

Dear Judge Stein:

My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a brief two-week extension of the October 31, 2025, deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement paperwork. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

Cc: Defense Counsels via ECF

---

Application granted. The parties shall file their motion for settlement approval by no later than November 14, 2025. SO ORDERED.

Date:  November 4, 2025
       New York, NY

*/s/ Gary Stein*
Gary Stein
United States Magistate Judge
Southern District of New York

1

# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**     Tel: 718-740-1000
Email: abdul@abdulhassan.com     Fax: 718-740-2000
*Employment and Labor Lawyer*     Web: www.abdulhassan.com

**October 31, 2025**

Via ECF

Hon. Gary Stein, USMJ
United States District Court, SDNY
500 Pearl Street,
New York, NY 10007

**MEMO ENDORSED**

<u>Re: Haxhaj v. A&E Properties II Mgmt, LLC et al</u><br>
Case #: 25-CV-05423 (DEH)(GS)<br>
<b>Motion for Extension of Time</b>

Dear Judge Stein:

    My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of the parties to request a brief two-week extension of the October 31, 2025, deadline for Plaintiff to file his motion for settlement approval. This request is being made because some additional time is needed for the parties to finalize the settlement paperwork. No prior request for an extension of this deadline was made.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

Cc: Defense Counsels via ECF

---

Application granted.  The parties shall file their motion for settlement approval by no later than November 14, 2025.  SO ORDERED.

Date:   November 4, 2025
        New York, NY

*/s/ Gary Stein*
**Gary Stein**
United States Magistate Judge
Southern District of New York

1