**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
HAKIM HAXHAJ,

                        Plaintiff,

          -against-

A&E PROPERTIES II MGMT, LLC, *et al.,*
                        Defendants.
------------------------------------------------------------------------X

**25 Civ. No. 5423 (DEH) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

On November 18, 2025, this Court issued an Order directing the parties to discuss whether they wished to consent to jurisdiction of the undersigned U.S. Magistrate Judge in relation to their *Cheeks* application and to file any consent form by November 28, 2025. (Dkt. No. 22). On November 28, 2025, Plaintiff filed a joint letter requesting an extension of time to December 5, 2025 (Dkt. No. 23), which the Court granted (Dkt. No. 24). To date, there has been no further filing on the docket with respect to the issue of consent.

The Court therefore seeks clarification as to this issue. By no later than Friday, March 27, 2026, the parties are directed to either (1) submit a fully executed consent form for Judge Ho's consideration; or (2) if either party does not consent to conducting all further proceedings before the undersigned, file a joint letter advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences.

      SO ORDERED.

DATED:    New York, New York
            March 20, 2026

                                _____
                                The Honorable Gary Stein
                                United States Magistrate Judge