UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAKIM HAXHAJ,<br>Plaintiff,<br>v.<br>A&E PROPERTIES II MGMT, LLC, ET AL.,<br>Defendants. | 25 Civ. 5423 (DEH) (GS)<br>**ORDER** |

DALE E. HO, United States District Judge:

Before the Court is a Report and Recommendation (the "Report") from Magistrate Judge Stein recommending approval of settlement in this case pursuant to *Cheeks v. Freeport Pancake House Inc.*, 796 F.3d 199 (2d Cir. 2015). *See* ECF No. 28. The deadline to file objections to the Report was April 20, 2026. No objections have been filed.

In reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023). The Court has reviewed the Report and has found no error, clear or otherwise.

It is hereby **ORDERED** that the Report is **ADOPTED IN FULL.** As set forth in the Report, the parties' proposed settlement is fair and reasonable in both economic and non-economic terms. *See* Report at 2-3. The amounts payable to Plaintiff's counsel for attorney's fees and costs are also fair and reasonable. *See id.* at 3. Accordingly, the motions for settlement approval, ECF Nos. 20 and 21, are **GRANTED**. In accordance with the proposed settlement, the defaulting

Defendant, GGTA (Glenn Gardens Tenants Association) Inc., is dismissed from this case. *See* ECF No. 21-1 at 3.

The Clerk of Court is further respectfully directed to terminate ECF Nos. 20 and 21, and to close this case.

SO ORDERED.

Dated: September 8, 2026
New York, New York

DALE E. HO
United States District Judge